IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Johnny C | Case Number: 08 B 17358 |
| Williams, Darlene | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 7/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 560.00 | |
| Secured: | | 261.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 261.52 |
| Trustee Fee: | | 36.96 |
| Other Funds: | | 0.00 |
| Totals: | 560.00 | 560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 261.52 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Citicorp Mortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 15,100.97 | 112.59 |
| 5. | Capital One Auto Finance | Secured | 18,858.09 | 148.93 |
| 6. | American General Finance | Secured | 6,192.06 | 0.00 |
| 7. | Citicorp Mortgage Inc | Secured | 14,000.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 772.90 | 0.00 |
| 9. | American Honda Finance Corporation | Secured | | No Claim Filed |
| 10. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | American Honda Finance Corporation | Unsecured | | No Claim Filed |
| | | | $ 58,430.35 | $ 523.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 36.96 |
| | $ 36.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Johnny C<br>Williams, Darlene<br>Printed: 12/10/08 | Case Number:  08 B 17358<br>Judge:  Wedoff, Eugene R<br>Filed:  7/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

